**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LORENZO VERROS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-1009** |
| | : | |
| **FEDERAL DETENTION CENTER,** | : | |
| **FDC PHILADELPHIA,** *et al.*, | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

AND NOW, this 13th day of March, 2026, upon consideration of Lorenzo Verros's

Motion to Proceed *In Forma Pauperis* (ECF No. 8), Prisoner Trust Fund Account Statement

(ECF No. 9), and *pro se* Complaint (ECF No. 1), as well as the Motion to Add Another

Defendant Form with Additional Defendants (ECF No. 3), Motion to Except Supporting Case

Law and Statement from Pro-Se Plaintiff (ECF No. 6), and Motion for Appointment of Counsel

(ECF No. 7), it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      Lorenzo Verros, #JM-5260, shall pay the full filing fee of $350 in installments,

pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.  The Court directs the

Superintendent of SCI-Camp Hill or other appropriate official to assess an initial filing fee of

20% of the greater of (a) the average monthly deposits to Verros's inmate account; or (b) the

average monthly balance in Verros's inmate account for the six-month period immediately

preceding the filing of this case.  The Superintendent or other appropriate official shall calculate,

collect, and forward the initial payment assessed pursuant to this Order to the Court with a

reference to the docket number for this case.  In each succeeding month when the amount in

Verros's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate

official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Verros's inmate account until the fees are paid.  Each payment shall refer to the docket number for this case.

3.      The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI-Camp Hill.

4.      The Complaint is **DEEMED** filed.

5.      The Motion to Add Another Defendant Form with Additional Defendants (ECF No. 3) and the Motion to Except Supporting Case Law and Statement from Pro-Se Plaintiff (ECF No. 6) are **GRANTED** for purposes of screening Verros's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).

6.      The Clerk of Court is **DIRECTED** to add C.O. Rispurdale as a Defendant in this matter.

7.      For the reasons stated in the Court's Memorandum, Verros's Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

8.      The Motion for Appointment of Counsel (ECF No. 7) is **DENIED AS MOOT**.

9.      The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

_____

**WENDY BEETLESTONE, C.J.**

2